**Order filed March 7, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00911-CV

_____

## IN THE INTEREST OF L.E.A. AND V.C.A

---

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 12-07-07969 CV**

---

## O R D E R

The clerk's record was filed November 21, 2013. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

- Order Consolidating Cause No. 09–06–05858 from County Court at Law #1, Montgomery County into Cause No. 09–06–05492 in the 418th District Court, Montgomery County, filed on or about September 22, 2009.

- Petition to Establish Parent–Child Relationship, Cause No. 09–06–05858 from County Court at Law #1, Montgomery County, filed on or about June 11, 2009.

- Respondent's Original Answer, Cause No. 09–06–05858 from County Court at Law #1, Montgomery County, filed on or about September 14, 2009.

- Motion for Substituted Service and Affidavit in Support of Motion for Substituted Service, Cause No. 09–06–05858 from County Court at Law #1, Montgomery County, filed on or about August 6, 2009.

- Order Authorizing Substituted Service, Cause No. 09–06–05858 from County Court at Law #1, Montgomery County, filed on or about August 6, 2009.

- Return of Service (Officer's Return, Cause No. 09–06–05858 from County Court at Law #1, Montgomery County, signed by Deputy Constable J. Loggins on or about August 12, 2009.

- Affidavit, Deputy Constable James R. Loggins, Pct. 1, Montgomery County, Cause No. 09–06–05858 from County Court at Law #1, Montgomery County, filed on or about September 1, 2009.

The Montgomery County District Clerk is directed to file a supplemental clerk's record on or before March 21, 2013, containing the above-listed items.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM